# NO. 12-14-00194-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *DONALD WHITE,*<br>*APPELLANT* | § | *APPEAL FROM THE* |
| *V.* | § | *COUNTY COURT AT LAW NO. 4* |
| *JP MORGAN BANK NATIONAL*<br>*ASSOCIATION, ITS ASSIGNS AND*<br>*SUCCESSORS,*<br>*APPELLEES* | § | *COLLIN COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

This appeal is being dismissed for failure, after notice, to provide proof of payment for the clerk's record. TEX. R. APP. P. 42.3(c). The clerk's record was due September 26, 2014, and the county clerk filed a motion to extend the filing deadline. As grounds for the extension, the clerk informed the court that Appellant had failed to pay for the preparation of the clerk's record. The court extended the time for filing the clerk's record to October 27, 2014. The court also notified Appellant that the appeal would be dismissed unless, on or before September 22, 2014, he provided this court with proof of full payment for the clerk's record. The September 22 deadline has now passed, and Appellant has failed to provide proof of full payment for the clerk's record. Accordingly, we *dismiss* the appeal pursuant to Texas Rule of Appellate Procedure 42.3(c).

Opinion delivered October 30, 2014.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**OCTOBER 30, 2014**

**NO. 12-14-00194-CV**

**DONALD WHITE,**
Appellant
V.
**JP MORGAN BANK NATIONAL ASSOCIATION,
ITS ASSIGNS AND SUCCESSORS,**
Appellees

---

Appeal from the County Court at Law No 4

of Collin County, Texas (Tr.Ct.No. 004-00652-2014)

---

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*